| PROB 22 (Rev. 01/24) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 0647 3:23CR00237-002 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 0649 3:26CR1 |

| | DISTRICT NORTHERN DISTRICT OF OHIO | DIVISION – WESTERN OFFICE LOCATION – TOLEDO |
|---|---|---|
| Bridgit Yvonne Ganskow | Sentencing Judge - The Honorable Judge James R. Knepp II | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 04/10/2024 — TO 04/11/2027 |

OFFENSE(S)

21:846- Conspiracy To Distribute With Intent To Distribute Controlled Substances
21:841(a)(1) and (b)(1)(C) – Possession with Intent to Distribute a Controlled Substance

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Client is on active supervision in the Eastern District of Tennessee.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| _____11/4/2025_____ | _____s/ *James R. Knepp II*_____ |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

| 1/7/2026 | |
|---|---|
| *Effective Date* | *United States District Judge* |